**01–500.   Green v. Barbour.**
Huron App. No. H–00–026. On review of order certifying a conflict. The court determines that a conflict exists. *Sua sponte,* cause held for the decision in 00–745 and 00–801, *Littrell v. Wigglesworth,* Butler App. Nos. CA99–05–092 and CA99–08–141; briefing schedule stayed.

**01–546.   State v. Roberson.**
Stark App. No. 1997CA00343. On motion for leave to file delayed appeal. Motion denied.

**01–560.   Cuyahoga Falls v. Wells.**
Summit App. No. 19959. On motion for stay of court of appeals' judgment. Motion denied.
F.E. SWEENEY, J., dissents.

**01–561.   State v. Hendershot.**
Licking App. No. 99CA102. On motion for stay of court of appeals' judgment. Motion denied.

**01–565.   State v. Brewer.**
Erie App. No. E–00–003. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., and COOK, J., dissent.
RESNICK, J., not participating.

**01–570.   State v. Shelton.**
Hamilton App. No. C–980862. On motion for leave to file delayed appeal. Motion denied.

**01–583.   State v. Reidy.**
Erie App. No. E–98–009. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY and COOK, JJ., dissent.
RESNICK, J., not participating.

**01–589.   State v. Webber.**
Medina App. No. 3001–M. On motion for leave to file delayed appeal. Motion denied.

**01–596.   State v. Stephens.**
Stark App. No. 1999CA00360. On motion for leave to file delayed appeal. Motion denied.

**01–599.   State v. Marshall.**
Richland App. No. 00CA26. On motion for leave to file delayed appeal. Motion denied.

**01–604.   State v. Gipson.**
Hamilton App. No. C–990450. On motion for leave to file delayed appeal. Motion denied.

**01–605.   State v. Rose.**
Lorain App. No. 00CA007649. On motion for leave to file delayed appeal. Motion denied.

**01–613.   State v. Loop.**
Clermont App. No. CA99–02–022. On motion for stay of execution of judgment pending appeal. Motion denied.

**01–620.   State v. Hargrove.**
Hamilton App. No. C–960974. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

**01–623.   State v. Alexander.**
Cuyahoga App. No. 78988. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and COOK, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**01–81.   Univ. Hosp. of Cleveland v. Lynch.**
Cuyahoga App. Nos. 77129 and 77134. Discretionary appeal and cross-appeal allowed.
F.E. SWEENEY and COOK, JJ., dissent to the allowance of the discretionary cross-appeal.
On motion to strike notice of cross-appeal and memorandum in response and in support of cross-appeal. Motion denied.